**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| D.F., M.F., A.F., N.F., Minors, by and through their guardian ad litem, RUBY PONCE, PANFILO FLORES, and YOLANDA FLORES,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ANAHEIM, an entity; CITY OF ANAEHIM POLICE DEPARTMENT, an entity; LORENZO J. URIBE, an individual; and does 1 Through 10, inclusive,<br><br>Defendants. | Case No.: SACV17-01194 AG (DFMx)<br><br>**ORDER DISMISSING CERTAIN CLAIMS BY YOLANDA AND PANFILO FLORES** |

IT IS HEREBY ORDERED, following stipulation of counsel that Plaintiffs Panfilo Flores and Yolanda Flores are dismissed, with prejudice, from claims one, two, three, five, six, seven and eight. The only claim remaining by Plaintiffs Yolanda and Panfilo Flores is the fourth claim under the Fourteenth Amendment for interference with familial relations under 42 U.S.C. § 1983, including any general or other allegations in the complaint that support this claim.

///

///

IT IS SO ORDERED.

DATED: November 13, 2018

Honorable Andrew Guilford
United States District Judge