# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.F., M.F., A.F., N.F., Minors, by and through their guardian ad litem, RUBY PONCE, PANFILO FLORES, and YOLANDA FLORES,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ANAHEIM, an entity; CITY OF ANAEHIM POLICE DEPARTMENT, an entity; LORENZO J. URIBE, an individual; and does 1 Through 10, inclusive,<br><br>Defendants. | Case No.: SACV17-01194 AG (DFMx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED, following stipulation of counsel, that the above-entitled action is hereby dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

IT IS SO ORDERED.

DATED: March 15, 2019

_____
Honorable Andrew J. Guilford
United States District Judge